# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01399-PAB-SKC

LISA MARIE ODIORNE,

    Plaintiff,

v.

RIVERHOUSE CHILDREN'S CENTER, INC.,

    Defendant.

---

## JOINT MOTION TO CONTINUE
## SCHEDULING CONFERENCE

---

Plaintiff Lisa Marie Odiorne and Defendant Riverhouse Children's Center, Inc., by and through their undersigned counsel, respectfully submit this Joint Motion to Continue Scheduling Conference as follows:

1.    Plaintiff filed her Complaint and Jury Demand [Dkt. # 1] on May 24, 2021.

2.    By a minute order dated August 27, 2021 [Dkt. #16], the Court set a Scheduling Conference for October 5, 2021, at 10:00 am.

3.    On the afternoon of October 4, 2021, the Parties reached a tentative settlement of this matter. However, the Parties need additional time to finalize and execute a formal settlement agreement.

1

2

4. After the parties finalize a formal settlement agreement, they intend to jointly file a stipulated dismissal of this action with prejudice.

5. Because the Parties have now reached a tentative settlement of this matter, they believe that it would conserve the resources of the Court and the Parties to reschedule the October 5 Scheduling Conference while they work to formalize a settlement.

6. To allow the Parties sufficient time to finalize and execute a formal settlement agreement before dismissing this action, the Parties request that the Court continue the Scheduling Conference for a period of no less than six (6) weeks.

7. For good cause as described above, the Parties respectfully request that the Court continue the Scheduling Conference to any day during the weeks starting November 8, 2021 and November 15, 2021.

Respectfully submitted this 4th day of October, 2021 by

| SWAIN LAW, LLC | BECHTEL & SANTO |
|---|---|
| */s/ Hunter A. Swain* | */s/ Molly Reinhardt* |
| Hunter A. Swain | Molly Reinhardt |
| 1490 North Lafayette Street, Suite 303 | 205 N. 4th Street, Suite 300 |
| Denver, CO 80218 | Grand Junction, CO 81501 |
| Tel: (720) 815-5281 | Tel: (970) 683-5888 |
| Email: hunter@swainemploymentlaw.com | Email: reinhardt@bechtelsanto.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2021, I personally filed a true and correct copy of the foregoing **JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE** via CM/ECF, which effected electronic service upon the following via email:

Michael Santo
Molly Reinhardt
BECHTEL & SANTO
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Tel: (970) 683-5888
Email: santo@bechtelsanto.com
Email: reinhardt@bechtelsanto.com

*Attorneys for Defendant*

*/s/ Hunter A. Swain*
Hunter A. Swain, Attorney