**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:21-cv-01399-PAB-SKC

LISA MARIE ODIORNE,

      Plaintiff,

      v.

RIVERHOUSE CHILDREN'S CENTER, INC.,

      Defendant.

---

**JOINT STATUS REPORT**

---

      Plaintiff and Defendant, through their undersigned counsel, submit the following Joint Status Report as required by the Court's Order on October 4, 2021. Per the Court's order, the parties submit the following statement:

      UPDATE ON THE STATUS OF SETTLEMENT NEGOTIATIONS: The parties anticipate that they will execute the settlement agreement by Friday, November 12, 2021, and that the parties will file a joint motion for dismissal within 45 days of their execution of the agreement.

APPROVED:

| | |
|---|---|
| */s/ Hunter A. Swain* | */s/ Molly K. Reinhardt* |
| Hunter A. Swain | Michael C. Santo |
| Swain Law, LLC | Molly K. Reinhardt |
| 1490 North Lafayette St., | Bechtel & Santo |
| Suite 303 | 205 N. 4th St., |
| Denver, CO 80218 | Suite 401 |
| (720) 815-5281 | Grand Junction, CO 81501 |
| hunter@swainemploymentlaw.com | santo@bechtelsanto.com |
| *Attorney for Plaintiff* | reinhardt@bechtelsanto.com |
| | *Attorneys for Defendant* |

1