# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01399-PAB-SKC

LISA MARIE ODIORNE,

     Plaintiff,

v.

RIVERHOUSE CHILDREN'S CENTER, INC.,

     Defendant.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff Lisa Marie Odiorne and Defendant Riverhouse Children's Center, Inc. (together, the "Parties"), by and through their respective undersigned counsel, state that a resolution of all matters in dispute has been reached pursuant to a settlement agreement executed by the Parties.

Accordingly, the Parties HEREBY STIPULATE that the above-captioned action be, and hereby is, dismissed WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted this 13th day of December, 2021 by:

SWAIN LAW, LLC

_/s/ Hunter A. Swain_
Hunter A. Swain
1490 North Lafayette Street, Suite 303
Denver, CO 80218
Tel: (720) 815-5281
Email: hunter@swainemploymentlaw.com

Attorney for Plaintiff

BECHTEL & SANTO

_/s/ Molly Reinhardt_
Molly Reinhardt
205 N. 4th Street, Suite 300
Grand Junction, CO 81501
Tel: (970) 683-5888
Email: reinhardt@bechtelsanto.com

Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2021, I personally filed a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** via CM/ECF, which effected electronic service upon the following via email:

> Michael Santo
> Molly Reinhardt
> BECHTEL & SANTO
> 205 N. 4th Street, Suite 300
> Grand Junction, CO 81501
> Tel: (970) 683-5888
> Email: santo@bechtelsanto.com
> Email: reinhardt@bechtelsanto.com
>
> *Attorneys for Defendant*

/s/ Hunter A. Swain
Hunter A. Swain, Attorney